THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:13-cv-00717-FL

| | |
|---|---|
| ROBERT MANKES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| VIVID SEATS, LTD., | ) |
| | ) |
| Defendant. | ) |

This matter comes before the Court on the Parties' Joint Motion for Stay. The Court has considered the Motion, and for good cause shown, it is hereby ORDERED that, under the following terms, all proceedings in the case (except those required for implementation or enforcement of this Order) are hereby stayed pending a decision of the United States Supreme Court in *Limelight Networks, Inc. v. Akamai Technologies, Inc.*:

1. Within fourteen (14) calendar days of the issuance of a Supreme Court opinion in *Akamai*, the parties shall jointly submit a report to the Court indicating how they propose this case to proceed in light of that decision.

Dated: _____May 1_, 2014

_____
United States District Court Judge