UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROBERT MANKES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>VIVID SEATS LIMITED, )<br>)<br>Defendant. ) | **JUDGMENT**<br><br>No. 5:13-CV-717-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 26, 2015, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted.

**This Judgment Filed and Entered on February 26, 2015, and Copies To:**

James R. Lawrence, III (via CM/ECF Notice of Electronic Filing)
Anthony J. Biller (via CM/ECF Notice of Electronic Filing)
Richard T. Matthews (via CM/ECF Notice of Electronic Filing)

February 26, 2015          JULIE RICHARDS JOHNSTON, CLERK
                             /s/ Susan W. Tripp
                           (By) Susan W. Tripp, Deputy Clerk