IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:13-cv-00717

| | |
|---|---|
| ROBERT MANKES, ) | |
| ) | |
| Plaintiff, ) | ORDER GRANTING |
| v. ) | DEFENDANT'S MOTION TO FILE |
| ) | UNDER SEAL DECLARATIONS IN |
| VIVID SEATS LTD., ) | SUPPORT OF ITS MOTION FOR |
| ) | ATTORNEYS FEES |
| Defendant. ) | |
| ) | |

Defendant Vivid Seats, Ltd. ("Vivid") has moved to file under seal two Declarations filed in support of its Motion for Attorney's Fees.

It appearing to the Court that: good cause exists for filing the Declarations under seal and that said Motion should be allowed; the request to seal overcomes the common law or the First Amendment presumption to access; the Material contains non-public, confidential business attorney rate and work product information, the public disclosure of which would potentially harm Vivid and/or its counsel; there are no adequate alternatives to sealing these documents. **IT IS SO ORDERED.**

DATED: June 30, 2015

_____
The Honorable Louise W. Flanagan
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on 12th day of March, 2015 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record for Plaintiff:

>Anthony J. Biller
>James R. Lawrence
>Coats & Bennett, PLLC
>1400 Crescent Green, Ste. 300
>Cary, NC 27518
>abiller@coatsandbennett.com
>jlawrence@coatsandbennett.com

>**WILLIAMS MULLEN**
>
>**BY:** */s/ Richard T. Matthews*
>Richard T. Matthews
>NC State Bar No. 32817
>301 Fayetteville St., Ste. 1700
>Raleigh, NC 27601
>Telephone: (919) 981-4000
>Email: rmatthews@williamsmullen.com
>*Attorneys for Defendant*